PERINI CORPORATION v. GREATE BAY HOTEL
AND CASINO, INC.

April 28, 1987.

Petition for certification denied.

PAULA JASTRZEBSKI HOWARD v. ERNEST HOWARD.

April 28, 1987.

Petition for certification denied.

FIDELITY UNION BANK v. GEORGE TRIM.

April 28, 1987.

Petition for certification denied.

HARTFORD ACCIDENT & INDEMNITY COMPANY v.
MERCEDES–BENZ OF NORTH AMERICA, INC.

April 28, 1987.

Petition for certification denied.